IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY MILLER,<br><br>              Petitioner,<br><br>    vs.<br><br>GARY SWARTHOUT, Warden<br><br>              Respondent. | Case No. 2:12-v-01351-JKS<br><br><br>O R D E R |

**IT IS HEREBY ORDERED** that Petitioner's Motion to Augment the Record at Docket No. 23 is **GRANTED**.

Dated at Anchorage, Alaska, this 28th day of February 2013.

                                          /s/ James K. Singleton, Jr.
                                         **JAMES K. SINGLETON, JR.**
                                         United States District Judge