IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY MILLER,<br><br>                      Petitioner,<br><br>       vs.<br><br>GARY SWARTHOUT, Warden,<br><br>                      Respondent. | Case No. 2:12-cv-01351-JKS<br><br>O R D E R |

     On March 20, 2013, this Court directed the parties to meet and confer in order to specify which evidentiary proceedings needed to be transcribed.[1]  This Court further ordered the Respondent to procure the necessary transcripts and to report back to this Court on its efforts on or before April 19, 2013.[2]  On April 19, 2013, Respondent filed a status report stating that it was in the process of obtaining the transcripts.[3]  The transcripts have not yet been lodged, and this Court has not received any further updates from the Respondent as to the status of those transcripts.  On June 14, 2013, Miller filed a Request for Status of Transcripts.[4]

---

[1] Docket No. 26.

[2] *Id*.

[3] Docket No. 27.

[4] Docket No. 28.

**IT IS HEREBY ORDERED that:**

Miller's Request for Status of Transcripts at **Docket No. 28** is **GRANTED**. Respondent shall report back to this Court on its efforts to procure the transcripts on or before July 9, 2013.

Dated this 24th day of June 2013.

                                            /s/ James K. Singleton, Jr.
                                         **JAMES K. SINGLETON, JR.**
                                            United States District Judge