IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACY MILLER,<br><br>      Petitioner,<br><br> vs.<br><br>GARY SWARTHOUT, Warden,<br><br>      Respondent. | Case No. 2:12-cv-01351-JKS<br><br><br>O R D E R |

  In response to this Court's June 24, 2013,[1] order granting Miller's request for a status update on Respondent's efforts to procure transcripts of the state evidentiary hearing held in this case, Respondent stated that it was in the process of obtaining transcripts of all eleven days of the evidentiary hearing.[2] Once those transcripts are lodged, the Clerk of Court is hereby ordered to provide Miller with a certified copy of those transcripts without cost. *See* 28 U.S.C. § 2250.

  **IT IS HEREBY ORDERED that:**

  The Clerk of Court shall provide Miller with a certified copy of all transcripts at no cost to him after the transcripts have been lodged by Respondent.

  Dated this 28th day of June 2013.

---

[1] Docket No. 29.

[2] Docket No. 30.

                                                                             /s/ James K. Singleton, Jr.  
                                                                              **JAMES K. SINGLETON, JR.**  
                                                                              United States District Judge